# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

AARON SLOAN,            )
                        )
    Plaintiff,          )
                        )   Civil Action No. 10-205 Johnston
        v.              )
                        )
GERALD L. ROZUM, et. al., )
                        )
    Defendants.         )

## MEMORANDUM ORDER

This civil rights action was received by the Clerk of Court on August 9, 2010 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [ECF No. 90], filed on August 7, 2012, recommended that the motion for summary judgment [ECF No. 77] be granted in its entirety. The parties were allowed fourteen (14) days from the date of service to file objections and service was made on Plaintiff by certified mail. Thereafter, Plaintiff filed a motion for reconsideration [ECF No. 91] on August 15, 2012, which was denied by the Magistrate Judge on August 16, 2012 [ECF No. 92]. No objections were filed to the Report and Recommendation, and no appeal was filed from the Magistrate Judge's order denying reconsideration. After de novo review of the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 5th day of September, 2012;

IT IS HEREBY ORDERED that the motion for summary judgment [ECF No. 77] is GRANTED in its entirety.

The Report and Recommendation [ECF No. 90] of Magistrate Judge Baxter, filed on August 7, 2012, is adopted as the opinion of the Court.

The Clerk of Courts is directed to close the case.


                                        s/  Sean J. McLaughlin
                                            United States District Judge


cm:    All parties of record
       Susan Paradise Baxter, U.S. Magistrate Judge